**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARIA STELLATO,** *Plaintiff,* | : | **CIVIL ACTION** |
| | : | **NO. 24-1604** |
| **v.** | : | |
| **COMMISSIONER OF SOCIAL SECURITY,** *Defendant.* | : | |

# ORDER

**AND NOW**, this 27th day of July 2026, upon a careful and independent review of the administrative record, (ECF 7), Plaintiff's brief and statement of issues in support of request for review, (ECF 10), Defendant Frank Bisignano's, Commissioner of the Social Security Administration, ("the Commissioner"), response thereto, (ECF 11), Plaintiff's reply brief, (ECF 14), and the *Report and Recommendation* issued by the Honorable Carol Sandra Moore Wells, United States Magistrate Judge, (ECF 17), to which no objections was filed, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. Plaintiff's request for review is **GRANTED**;
3. This matter is **REMANDED** to the Commissioner for further proceedings consistent with the Report and Recommendation.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*